AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America<br>v.<br>BYRON JEROME COOPER<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 1:20-mj-045 |
|---|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   BYRON JEROME COOPER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute oxycodone, 21 USC 841(a)(1) & 841(b)(1)(C), and 18 USC 2

Date: 01/21/2020

_Issuing officer's signature_

City and state: ~~Bismarck~~ Fargo, North Dakota

Alice R. Senechal, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 1/21/2020, and the person was arrested on _(date)_ 1/23/2020
at _(city and state)_ Bismarck, ND.

Date: 1/23/2020

_Arresting officer's signature_

TFO David Stewart
_Printed name and title_